IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHAD WOOD, | § | |
| | § | No. 294, 2015 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| KAREN HALL, | § | File No. CN11-06437 |
| | § | Pet. No. 14-25901 |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: September 9, 2015
Decided: September 11, 2015

**O R D E R**

This 11th day of September 2015, it appears to the Court that, on August 11, 2015, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief and appendix. The Clerk sent an additional copy of the notice to the appellant on August 26, 2015. The appellant has not responded to the notice to show cause within the required ten-day period. Dismissal of the appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice